## Samuel Eddy's Case.

The consent of parties, that an appeal from a decree of the commissioner of insolvency, disallowing a claim against the estate of an insolvent debtor, may be entered at a term of the court different from that fixed by law for such entry, is not sufficient to give the court jurisdiction of the appeal.

This was an appeal from a decree of the commissioner of insolvency, for the county of Franklin, disallowing a claim of

Root & another *v.* Fellowes & another.

the appellant against the estate of Charles and Hollis Thomp-son, insolvent debtors.

The record of the proceedings before the commissioner, on the allowance of the appeal, was as follows: —

" From which said order the said Eddy, on the 3d day of September, claimed and gave notice of an appeal to the supreme judicial court next to be holden at Green field, within and for said county of Franklin, on the second Tuesday of September instant, (all parties interested waiving all objection that the said appeal should have been made to the term of said supreme judicial court to be holden for said county in April next); which said appeal is allowed."

BY THE COURT.    The consent of parties to the entry of this appeal, at a term of the court, which was not the time fixed by law for such entry, could not give the court jurisdiction of the appeal, and it is accordingly dismissed.*

* See *Palmer* v. *Dayton.* 4 Cush. 270
3 *